IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20133-KMM

UNITED STATE OF AMERICA

vs.

BREYTON SAENZ-WILSON,

   Defendant.

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, BREYTON SAENZ-WILSON, by and through undersigned counsel, respectfully requests a forty-five (45) day continuance of the trial period currently scheduled for May 8, 2023, on grounds that additional time is needed to investigate the claims alleged in the indictment involving the interdiction of a vessel near Costa Rica. The government has been consulted and does not oppose the requested relief.

Respectfully submitted,

/s/ Jose-Carlos Villanueva        /
JOSE-CARLOS A. VILLANUEVA, ESQ.
Florida Bar No. 0034658
*CJA Counsel for Breton Saenz-Wilson*
2332 Galiano Street, Second Floor
Coral Gables, Florida. 33134
(o) (305) 496-5400
jcv@jcvpa.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court through CM/ECF this 1ST day of May, 2023.

                                          /s/Jose-Carlos Villanueva
                                          JOSE-CARLOS VILLANUEVA